UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ditech Financial, LLC, <br><br>    Plaintiff <br><br> v. <br><br> SFR Investment Pool 1, LLC, et al, <br><br>    Defendants | 2:16-cv-01880-JAD-GWF <br><br> **Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130** <br><br> [ECF No. 17] |

   SFR Investments Pool 1, LLC demanded that Plaintiff Ditech Financial, LLC, an out-of-state resident, post a cost bond under NRS 18.130(1).[1]  Ditech has indicated its intent to comply.[2] Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system.  Accordingly, with good cause appearing, IT IS HEREBY ORDERED that SFR's Demand for Security of Costs [ECF No. 17] is GRANTED; **plaintiff has until January 22, 2017, to present to the Clerk of Court $500.00 in lawful money as security in compliance with NRS 18.130(1).**  IT IS FURTHER ORDERED that **the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff.

   DATED: January 12, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 17.

[2] ECF No. 19.