# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, ) | |
| Plaintiff, ) | Case No. 2:16-cv-01880-JAD-GWF |
| vs. ) | **ORDER** |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (ECF No.1 ) in this matter was filed on August 9, 2016. Defendant Montenegro Estates filed its Motion to Dismiss (ECF No. 15) on November 10, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 13, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 3rd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge