**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Montenegro Estates Landscape Maintenance Association erroneously named as Montenegro Estates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company,<br><br>Defendants. | Civil Action No. 2:16-cv-01880-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(First Request)** |

Defendant Montenegro Estates Landscape Maintenance Association ("Association"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Plaintiff Ditech Financial LLC ("Bank")(the "Parties"), by and between counsel of record, hereby stipulate and agree as follows:

1. The Stay in this matter was lifted on June 11, 2019 [ECF 45].

2. Pursuant to this Court's Order Lifting Stay [ECF 45], the Association is required to file a responsive pleading on or before June 21, 2019.

3. Pursuant to the Court's Order Lifting Stay, the Parties are required to meet and confer by no later than July 11, 2019, at which time the Parties will discuss among other things, the "issues that the parties intend to raise in any dispositive motion."

In light of the foregoing, the Parties hereby stipulate and agree to allow the Association an extension of time to file its response to the Complaint until after the required meet and confer. The Association shall have up to and including July 19, 2019, to file its response.

This is the Parties' first request and is not intended for the purposes of prejudice or delay.

Dated this 21st day of June, 2019.

| **Leach Kern Gruchow Anderson Song** | **Snell & Wilmer, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Bradley T. Austin* |
| Sean L. Anderson | Alex L. Fugazzi |
| Nevada Bar No. 7259 | Nevada Bar No. 9022 |
| T. Chase Pittsenbarger | Bradley T. Austin |
| Nevada Bar No. 13740 | Nevada Bar No. 13064 |
| 2525 Box Canyon Drive | 3883 Howard Hughes Parkway, #1100 |
| Las Vegas, NV 89128 | Las Vegas, NV 89169 |
| *Attorneys for Montenegro Estates Landscape Maintenance Association erroneously named as Montenegro Estates* | *Attorneys for Ditech Financial, LLC* |

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*

Diana S. Ebron
Nevada Bar No. 10580
Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

## **ORDER**

**IT IS SO ORDERED** this 24th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE