**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Montenegro*
*Estates Landscape Maintenance Association*
*erroneously named as Montenegro Estates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company,<br><br>Defendants. | Civil Action No. 2:16-cv-01880-JAD-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(Second Request)** |

Defendant Montenegro Estates Landscape Maintenance Association ("Association"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Plaintiff Ditech Financial LLC ("Bank")(collectively, the "Parties"), by and between counsel of record, hereby agree that the Association shall be granted an extension to respond to the Bank's Complaint [ECF No. 1] which is currently due July 19, 2019. The Bank and the Association are currently discussing the possibility of a resolution in this case. Good cause exists to extend the deadline for the Association's responsive pleading to **August 2, 2019**.

/ / /

/ / /

This stipulated extension is not submitted for any improper purpose or delay.

**ORDER**

**IT IS SO ORDERED** this 22nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed to by:

| **Leach Kern Gruchow Anderson Song** | **Snell & Wilmer, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Bradley T. Austin* |
| Sean L. Anderson | Alex L. Fugazzi |
| Nevada Bar No. 7259 | Nevada Bar No. 9022 |
| T. Chase Pittsenbarger | Bradley T. Austin |
| Nevada Bar No. 13740 | Nevada Bar No. 13064 |
| 2525 Box Canyon Drive | 3883 Howard Hughes Parkway, #1100 |
| Las Vegas, NV 89128 | Las Vegas, NV 89169 |
| *Attorneys for Montenegro Estates Landscape Maintenance Association erroneously named as Montenegro Estates* | *Attorneys for Ditech Financial, LLC* |

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
_____
Diana S. Ebron
Nevada Bar No. 10580
Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*