ALEX L. FUGAZZI, ESQ.
Nevada Bar No. 9022
BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
baustin@swlaw.com

*Attorneys for Plaintiff/Counter-Defendant Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company.<br><br>Defendants. | Case No. 2:16-cv-01880-JAD-EJY<br><br>**STIPULATION TO SUBSTITUTE REAL PARTY IN INTEREST IN PLACE OF CURRENT DEFENDANT/COUNTER CLAIMANT AND TO AMEND CAPTION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counter-Claimant,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, a Delaware Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDER, CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-BC1; JOSEPH GROSS, an individual; TONI ANN VITTA GROSS, an individual;<br><br>Counter-Defendants. | |

Plaintiff/Counter-Defendant Ditech Financial LLC ("Ditech"), Defendant/ Counterclaimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Montenegro Estates (the "HOA") (collectively, the "Parties"[1]) hereby stipulate that The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1 ("BNYM") may be substituted as Plaintiff and Counter-Defendant in place of Ditech.

**STIPULATION**

**I.  STATEMENT OF RELEVANT FACTS**

This matter concerns the real property located at 165 Lemongold Street, Henderson, Nevada, 89012, APN #178-24-618-016 (the "Property"). On or about July 20, 2006, Counter-Defendants Joseph Gross and Toni Ann Vitta Gross (the "Borrowers") executed a grant, bargain, and sale deed, which was recorded in the Office of the Clark County Recorder on July 25, 2006. On or about July 20, 2006, the Borrowers executed a deed of trust in the amount $270,750.00, in favor of Mortgage Electronic Registration Systems ("MERS") as the beneficiary. ("Deed of Trust"). The Deed of Trust was recorded by the Recorder's Office on July 25, 2006.

On November 9, 2010, an Assignment of Deed of Trust was recorded, assigning the Deed of Trust to BNYM. On October 2, 2015, an Assignment of Deed of Trust was recorded, assigning the Deed of Trust to Green Tree Servicing, LLC. In August 2015, Green Tree Servicing merged with Ditech Financial LLC, under the name Ditech Financial LLC.

On January 7, 2013, Defendant Nevada Association Services, Inc. ("NAS") recorded a notice of delinquent assessment (lien) on behalf of Defendant Montenegro Estates ("the HOA"). On March 11, 2013, NAS recorded a notice of default and election to sell on behalf of the HOA. On July 16, 2013, NAS recorded a notice of foreclosure sale on behalf of the HOA. ("Notice of Foreclosure Sale"). On August 19, 2013, NAS recorded a foreclosure deed on behalf of the HOA. ("Foreclosure Deed"). The foreclosure deed upon sale indicated that SFR purchased a deed to the Property for $17,000.00 at public auction on August 9, 2013.

---

[1] Defendant Nevada Association Services, Inc., Counter-Defendant Joseph Gross, and Counter-Defendant Toni Ann Vitta Gross have not appeared in this action and are not parties to this stipulation.

On or about November 7, 2017, Ditech assigned the Deed of Trust back to BNYM, and as of that date, BNYM is the real party in interest as Plaintiff and Counter-Defendant for this case. A true and correct copy of the Assignment of Deed of Trust is attached hereto as **Exhibit 1**.

The Parties now wish to substitute BNYM as the real party in interest in place and stead of the current Plaintiff and Counter-Defendant, Ditech.

## II. LEGAL BASIS FOR SUBSTITUTION OF PARTIES

Federal Rule of Civil Procedure ("FRCP") 17(a)(1) requires that every action be prosecuted and maintained by the real party in interest. If the real party in interest is no longer involved in the pending action, FRCP 17(a)(3) provides parties with adequate time to file a substitution for the real party in interest. Under FRCP 25(c), a party may bring a motion to substitute the real party in interest when there is a transfer of interest during the course of the litigation.

When BNYM acquired an interest in the Deed of Trust in November 2017, it became the real party in interest as Plaintiff and Counter-Defendant in this litigation. Accordingly, the Parties ask the Court to allow the substitution of BNYM as Plaintiff and Counter-Defendant, in place of Ditech, pursuant to FRCP 17(a) and 25(c).

**IT IS THEREFORE STIPULATED AMONG THE PARTIES HERETO THAT:**

1. The current Plaintiff and Counter-Defendant Ditech Financial LLC shall be removed as Plaintiff and Counter-Defendant in this case, and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1, as the real party in interest, shall be substituted in its place as Plaintiff and Counter-Defendant; and

2. The caption of this matter shall be altered to reflect that change, to wit, it shall hereafter read as follows:

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1, a Trust, <br><br>Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company. <br><br>Defendants. | Case No. 2:16-cv-01880-JAD-GWF |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company, <br><br>Counter-Claimant, <br><br>vs. <br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1; JOSEPH GROSS, an individual; TONI ANN VITTA GROSS, an individual; <br><br>Counter-Defendants. | |

**SIGNATURES CONTINUED ON NEXT PAGE**

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| DATED this 31st day of January 2020. | DATED this 31st day of January 2020. |
| SNELL & WILMER L.L.P. | KIM GILBERT EBRON |
| */s/ Bradley Austin*<br>Alex L. Fugazzi (NV Bar No. 9022)<br>Bradley T. Austin (NV Bar No. 13064)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Phone: (702) 784-5200<br>Fax: (702) 784-5252<br><br>*Attorneys for Plaintiff/Counter-Defendant Ditech Financial LLC* | /s/ *Jason Martinez*<br>Diana S. Ebron (NV Bar No. 10580)<br>Jacqueline A. Gilbert (NV Bar No. 10593)<br>Karen L. Hanks (NV Bar No. 9578)<br>Jason Martinez, Esq. (NV Bar No. 13375)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br><br>*Attorneys for Defendant/Counterclaimant SFR Investments Pool 1, LLC* |
| DATED this 31st day of January 2020. | DATED this 31st day of January 2020. |
| SNELL & WILMER L.L.P. | LEACH KERN GRUCHOW ANDERSON SONG |
| /s/ *Bradley Austin*<br>Alex L. Fugazzi (NV Bar No. 9022)<br>Bradley T. Austin (NV Bar No. 13064)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Phone: (702) 784-5200<br>Fax: (702) 784-5252<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1* | /s/ *T. Chase Pittsenbarger*<br>Sean L. Anderson (NV Bar No. 7259)<br>T. Chase Pittsenbarger (NV Bar No. 13740)<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>Phone: (702) 538-9074<br>Fax: (702) 538-9113<br><br>*Attorneys for Defendant Montenegro Estates* |

## **ORDER**

Based upon the stipulation of the Parties, including the real party in interest,

**IT IS ORDERED** that the current Plaintiff and Counter-Defendant Ditech Financial LLC shall be removed as Plaintiff and Counter-Defendant in this case, and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-

Backed Certificates, Series 2007-BC1, as the real party in interest, shall be substituted in its place as Plaintiff and Counter-Defendant.

**IT IS FURTHER ORDERED** that the caption of this matter shall be altered to reflect that change, to wit, the case shall hereafter read as follows:

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1, a Trust,<br><br>                Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company.<br>                Defendants. | Case No. 2:16-cv-01880-JAD-GWF |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br>                Counter-Claimant,<br>vs.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1; JOSEPH GROSS, an individual; TONI ANN VITTA GROSS, an individual;<br>                Counter-Defendants. | |

**IT IS SO ORDERED.**

Dated: _____February 3_____, 2020

_____
UNITED STATES MAGISTRATE JUDGE