DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL, LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:16-cv-01880-JAD-EJY<br><br>**STIPULATION AND ORDER TO STAY LITIGATION**<br><br>ECF No. 62 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, a Delaware Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1; JOSEPH GROSS, an individual; and TONI ANN VITTA GROSS, an individual, | |

Counter-Defendant/Cross-Defendants.

## **STIPULATION AND ORDER TO STAY LITIGATION**

The Bank of New York Mellon fka the Bank of New York as Trustee, for the Benefit of the Certificateholders, CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1 ("Bank") and SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, have reached a settlement in principle as to the claims between the Bank and SFR and the settlement agreement has been executed by the Bank and SFR. Additionally, Montenegro Estates ("Association") and the Bank have also reached a settlement as to the claims between the Association and the Bank.

Based thereon, the Parties stipulate to stay litigation for ninety (90) days and request a status check be set. This stay is to allow SFR and the Bank to perform a condition precedent to the settlement between SFR and the Bank. It is also to allow the settlement between the Association and the Bank to be finalized.

…
…
…

Currently, there are no pending hearings and trial dates have not been set.

DATED this 6th day of February, 2020.

**KIM GILBERT EBRON**

/s/ Jason G. Martinez
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

DATED this 6th day of February, 2020.

**SNELL & WILMER LLP**

/s/ Bradley T. Austin
ALEX FUGAZZI, ESQ.
Nevada Bar No. 9022
BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 13064
3883 Howard Hughes Parkway, #1100
Las Vegas, Nevada 89169

*Attorneys for The Bank of New York Mellon*

DATED this 6th day of February, 2020.

**LEACH KERN GRUCHOW ANDERSON SONG**

/s/ T. Chase Pittsenbarger
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for Montenegro Estates*

## ORDER

**IT IS SO ORDERED** that litigation is stayed 90 days.

The parties must file a stipulated dismissal or status update by May 6, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 7, 2020