ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; MONTENEGRO ESTATES, a Nevada Non-Profit Corporation, and NEVADA ASSOCIATION SERVICES, INC., a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:16-cv-01880-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1'S CLAIMS AGAINST MONTENEGRO ESTATES, WITH PREJUDICE**<br><br>ECF No. 67 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC1, a Delaware corporation; JOSEPH GROSS, an individual; TONI ANN VITTA GROSS, an individual,<br><br>Counter-Defendant/<br>Cross-Defendants. | |

54350360;1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1 (**BoNYM**) and Defendant Montenegro Estates (**Montenegro**), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of BoNYM's claims against Montenegro with prejudice.

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal.  This stipulation and dismissal do not affect any other claims or parties in this lawsuit.

| | |
|---|---|
| DATED August 25, 2020.<br>**AKERMAN LLP**<br><br>*/s/ Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevaa Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC1* | DATED August 25, 2020.<br>**LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ T. Chase Pittsenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Montenegro Estates* |

### ORDER

Based on the stipulation between the plaintiff and defendant Montenegro Estates **[ECF No. 67]** and good cause appearing, IT IS HEREBY ORDERED that **plaintiff's claims against Montenegro Estates are DISMISSED with prejudice**, each side to bear its own fees and costs.

On 5/6/2020, the SFR and Bank parties filed notice that they had reached settlement and needed 90 days "to finalize and complete the terms for settlement."  ECF No. 66.  Those 90 days have passed.  **IT IS FURTHER ORDERED that all remaining parties must file a stipulated dismissal of all remaining claims or a joint status report explaining when such a dismissal will be filed by 8/31/2020.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2020

54350360;1